IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JOSE GOMEZ-GOMEZ,           )
                            )
        Petitioner,         )
                            )
vs                          )   CIVIL ACTION NO. 04-H-1362-E
                            )
UNITED STATES OF AMERICA    )
                            )
        Respondent.         )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondent's motion to dismiss is due to be GRANTED, and this petitioner for writ of habeas corpus dismissed as moot. An appropriate order will be entered.

DONE, this ___8th___ day of ___NOVEMBER___, 2004.

_____
SENIOR UNITED STATES DISTRICT JUDGE

